# IN THE SUPREME COURT OF THE STATE OF NEVADA

BURHAN CULCULOGLU,
Appellant,
vs.
MICHELLE L. CULCULOGLU,
Respondent.

No. 69930

**FILED**

JAN 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from an order awarding attorney fees in a post-divorce decree proceeding. Eighth Judicial District Court, Family Court Division, Clark County; Linda Marquis, Judge.

In the parties' divorce decree, appellant was ordered to pay respondent attorney fees from his retirement account within 90 days. Appellant then liquidated his retirement account without paying the attorney fees. As a result, appellant was held in contempt and ordered to pay respondent $18,466.89 in attorney fees that she had incurred in enforcing the divorce decree. The district court specifically concluded that the attorney fees award was a further sanction for appellant's contempt. This appeal followed.

In his fast track statement, appellant failed to present any argument concerning the award of attorney fees. *See Edwards v. Emperor's Garden Rest.*, 122 Nev. 317, 330 n.38, 130 P.3d 1280, 1288 n.38 (2006) (providing that this court need not consider claims that are not cogently argued or supported by relevant authority). Moreover, the district court had authority to award respondent attorney fees under NRS 22.100(3) and the court considered the reasonableness of the attorney fees

17-01295

pursuant to the *Brunzell v. Golden Gate National Bank*, 85 Nev. 345, 455 P.2d 31 (1969), factors. Appellant has failed to demonstrate that the district court abused its discretion in awarding attorney fees. *Miller v. Wilfong*, 121 Nev. 619, 622, 119 P.3d 727, 729 (2005) (explaining that this court reviews an award of attorney fees for an abuse of discretion). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Linda Marquis, District Judge, Family Court Division
Burhan Culculoglu
Pecos Law Group
Eighth District Court Clerk